**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fauzia LODHI, Defendant–Appellant.**

**No. 14–10214.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Decided April 28, 2015.

Matthew A. Parrella, Esquire, Daniel Kaleba, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

George Clark Harris, Morrison & Foerster LLP, San Francisco, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Fauzia Lodhi appeals from the district court's judgment and challenges her guilty-plea conviction and 16–month sentence for mail fraud, in violation of 18 U.S.C. § 1341. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lodhi's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Lodhi has filed pro se supplemental briefs, and the government has filed an answering brief.

Lodhi waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Lodhi's motion for appointment of substitute counsel is **DENIED.**

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.